**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SANABRIA<br><br>       Plaintiff,<br><br>    v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | Case No. 2:23-cv-00490-SVW-E<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[~~PROPOSED~~ **ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that the
2  above-captioned action hereby is dismissed with prejudice pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their
4  own fees and costs.

5  IT IS SO ORDERED.

7  DATED:   May 24, 2023      _____
8                              Honorable Stephen V. Wilson
                                United States District Judge

**[~~PROPOSED~~ ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**